UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY SHREVE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A** |
| v. | ) | **CIVIL CASE** |
| | ) | **CASE NO. 5:21-CV-98-BO** |
| OFFICER WOLFE (2612), | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's motions for default judgment [DE 7, 13, 18] and plaintiff's motion for entry of default judgment [DE 12] are DENIED. Defendant's motion to dismiss [DE 9] is GRANTED. This action is DISMISSED.

**This Judgment Filed and Entered on August 26, 2021, and Copies To:**

Kimberly Shreve                                    (Sent to P.O. Box 1564 Raleigh, NC
                                                   27602 via US Mail)

Andrew Joseph Seymour                              (via CM/ECF electronic notification)

DATE:                                              PETER A. MOORE, JR., CLERK

August 26, 2021                                    (By) /s/ Nicole Sellers
                                                        Deputy Clerk